DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

STATE v. BROWN

No. 527PA82.

Case below: 58 N.C. App. 606.

Petition by defendant for discretionary review under G.S. 7A-31 allowed 7 December 1982.

STATE v. CAMP

No. 624P82.

Case below: 59 N.C. App. 38.

Petition by defendant for discretionary review under G.S. 7A-31 denied 7 December 1982. Motion of Attorney General to dismiss appeal for lack of substantial constitutional question allowed 7 December 1982.

STATE v. CHRISTOPHER

No. 595PA82.

Case below: 58 N.C. App. 788.

Petition by defendant for discretionary review under G.S. 7A-31 allowed 7 December 1982.

STATE v. GINN

No. 663P82.

Case below: 59 N.C. App. 363.

Petition by defendant for discretionary review under G.S. 7A-31 denied 7 December 1982. Notice of Appeal dismissed 7 December 1982.

STATE v. HOWELL

No. 634P82.

Case below: 59 N.C. App. 184.

Petition by defendant for discretionary review under G.S. 7A-31 denied 7 December 1982.